IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICOLE MARIE BROWNLEE | § | |
| | § | |
| VS. | § | ACTION NO. 4:25-CV-831-Y |
| | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On July 20, 2026, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause. The record reflects that counsel were served with the findings that same day. An order issued that same day gave all parties fourteen days thereafter to serve and file with the Court written objections to the proposed findings, conclusions, and recommendation of the magistrate judge. No written objections have been received from either party. See *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), de novo review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is, therefore, ORDERED that the Commissioner's decision is AFFIRMED.

SIGNED August 4, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE


TRM/chr